## JURY DEMAND

Plaintiffs hereby demand a trial by jury.

                                                        Respectfully Submitted,

                                                        */s/ Justin L. Swidler*
                                                        Justin L. Swidler, Esq.
                                                        **SWARTZ SWIDLER, LLC**
                                                        1101 Kings Highway North, Suite 402
                                                        Cherry Hill, NJ 08034
                                                        Phone: (856) 685-7420
                                                        Fax: (856) 685-7417

**DESIGNATION OF TRIAL COUNSEL**

Justin L. Swidler, Esquire, of the law firm of Swartz Swidler, LLC, is hereby designated trial counsel.

                                                Respectfully Submitted,

                                                */s/ Justin L. Swidler*
                                                Justin L. Swidler, Esq.
                                                **SWARTZ SWIDLER, LLC**
                                                1101 Kings Highway North, Suite 402
                                                Cherry Hill, NJ 08034
                                                Phone: (856) 685-7420
                                                Fax: (856) 685-7417