**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BETHANY KATZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DNC SERVICES CORP. d/b/a DEMOCRATIC NATIONAL COMMITTEE., *et al.*<br><br>Defendants. | Civil Action No. 16-5800 |

**DECLARATION OF JOSHUA S. BOYETTE**

I, Joshua S. Boyette, counsel for Plaintiffs, hereby declare as follows:

1. I am counsel for Plaintiffs in this matter and am fully familiar with all facts declared herein.

2. Attached hereto as Exhibit 1-A is a true and correct copy of summaries of the Federal Election Commission's 2016 Two Year Summary report of Transfers between Defendant Democratic Party of Virginia and Affiliated Committees.

3. Attached hereto as Exhibit 1-B is a true and correct copy of summaries of the Federal Election Commission's 2016 Two Year Summary report of Transfers between Defendant Missouri Democratic Party and Affiliated Committees.

4. Attached hereto as Exhibit 1-C is a true and correct copy of summaries of the Federal Election Commission's 2016 Two Year Summary report of Transfers between Defendant Pennsylvania Democratic Party and Affiliated Committees.

5. Attached hereto as Exhibit 1-D is a true and correct copy of summaries of the Federal Election Commission's 2016 Two Year Summary report of Transfers between Defendant North Carolina Democratic Party and Affiliated Committees.

6. Attached hereto as Exhibit 1-E is a true and correct copy of summaries of the Federal Election Commission's 2016 Two Year Summary report of Transfers between Defendant Michigan Democratic Party and Affiliated Committees.

7. Attached hereto as Exhibit 1-F is a true and correct copy of summaries of the Federal Election Commission's 2016 Two Year Summary report of Transfers between Defendant Florida Democratic Party and Affiliated Committees.

8. Attached hereto as Exhibit 1-G is a true and correct copy of summaries of the Federal Election Commission's 2016 Two Year Summary report of Transfers between Defendant Arizona Democratic Party and Affiliated Committees.

9. Attached hereto as Exhibit 1-H is a true and correct copy of a May 12, 2016 Email from Eric Reif, Wikileaks Doc. No. 1711.

10. Attached hereto as Exhibit 1-I is a true and correct copy of May 12, 2016 Email from Tyler Lykins, Wikileaks Doc. No. 2947.

11. Attached hereto as Exhibit 1-J is a true and correct copy of May 13, 2016 Email Received by Jeremy Brinster, Wikileaks Doc. No. 30966.

12. Attached hereto as Exhibit 1-K is a true and correct copy of DNC job posting for Associate Data Services Manager from April 2, 2016.

13. Attached hereto as Exhibit 1-L is a true and correct copy of the May 5, 2016 Luis Miranda Email, Wikileaks Doc. No. 7517.

14. Attached hereto as Exhibit 1-M is a true and correct copy of Medium.com post by DNC Chair, Representative Deborah Wasserman Schultz.

I declare under penalties of perjury that the foregoing paragraphs are true and correct to the best of my information and belief.

*/s/ Joshua S. Boyette*
Joshua S. Boyette, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Hwy N, Ste 402
Cherry Hill, NJ 08034

Dated: May 5, 2017