IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY KATZ,        : | |
|    Plaintiff,        : | |
| : | CIVIL ACTION |
| v.        : | NO. 16-5800 |
| : | |
| DNC SERVICES        : | |
| CORPORATION, et al.,   : | |
|    Defendants.      : | |

## ORDER

**AND NOW**, this 29th day of November, 2017, upon consideration of the Second Amended Complaint (Dkt No. 68), Foreign Defendants' Motions to Dismiss for Lack of Jurisdiction (Dkt Nos. 74, 75, and 77), Plaintiffs' Response in Opposition thereto (Dkt No. 90), Foreign Defendants' Reply (Dkt No. 103), and the Memorandum accompanying this Order, it is hereby **ORDERED** as follows:

1. Foreign Defendants' Motions (Dkt Nos. 74, 75, and 77) are **GRANTED**. The above referenced matter is **DISMISSED** as it relates to Defendants Arizona Democratic Party, Florida Democratic Party, Michigan Democratic Party, North Carolina Democratic Party, Virginia Democratic Party, and Missouri Democratic Party.

2. The Motion to Dismiss filed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (Dkt No. 79) is hereby **DENIED AS MOOT** only as it relates to Defendants Arizona Democratic Party, Florida Democratic Party, Michigan Democratic Party, and North Carolina Democratic Party.

3. All parties that remain following the dismissal of Foreign Defendants are directed to appear before the Court for an in-person status conference on Monday, January 8, 2018 at 3:30 p.m. in Courtroom 15B. By no later than Friday, January 5, 2018, the parties shall submit a renewed curative notice for judicial approval. The notice should apprise any remaining opt-

in plaintiffs of the holdings of this Court as it relates both to the present Order and the Order-Memorandum dated September 28, 2017.

                                              BY THE COURT:

                                              <u>/s/ C. Darnell Jones, II</u>

                                              C. Darnell Jones, II    J.