IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY KATZ, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 16-5800 |
| : | |
| DNC SERVICES : | |
| CORPORATION, et al., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 1st day of February, 2018, upon consideration of Plaintiffs' Second Amended Complaint (Dkt No. 68), Defendants' Motions to Dismiss Plaintiff's Second Amended Complaint (Dkt. Nos. 79 and 84), and all responses and replies thereto (Dkt Nos. 90, 99, 101, and 103), it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED**.

Plaintiffs' Second Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiffs are granted fourteen (14) days from the date of this Order to file a Third Amended Complaint. Should Plaintiffs fail to amend in the allotted time, the above-captioned matter will be dismissed with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.