IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY KATZ, : | |
|     Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 16-5800 |
| : | |
| DNC SERVICES : | |
| CORPORATION, et al., : | |
|     Defendants. : | |

## ORDER

**AND NOW**, this 1st day of February, 2018, upon consideration of Defendant DNC's Motion to Strike (Dkt No. 104) and Plaintiffs' Response in Opposition thereto (Dkt No. 105), it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

All exhibits attached to Plaintiffs' Consolidated Response in Opposition to Defendants' Motions to Dismiss (Dkt No. 90) are hereby **STRICKEN**, to the extent that said documents were not *explicitly* attached to or relied upon in the Second Amended Complaint (Dkt No. 68).

                                          BY THE COURT:

                                          /s/ C. Darnell Jones, II
                                          C. Darnell Jones, II    J.