IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY KATZ, *et al.*,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>DNC SERVICES CORP. d/b/a<br>DEMOCRATIC NATIONAL<br>COMMITTEE., *et al.*<br><br>　　　　　Defendants. | Civil No. 16-5800 |

## PLAINTIFFS' MOTION FOR CONDITIONAL COLLECTIVE ACTION CERTIFICATION UNDER THE FAIR LABOR STANDARDS ACT

Plaintiffs, by and through undersigned counsel, hereby move this Court to conditionally certify the instant action as nationwide collective action pursuant to Section 216(b) of the FLSA. Plaintiff further requests that this Court facilitate notice to the Putative Collective Action Plaintiffs. In support of this Motion, Plaintiffs rely on the attached Memorandum of Law and Exhibits.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Travis B. Martindale-Jarvis*
　　　　　　　　　　　　　　　　　　　　Travis B. Martindale-Jarvis, Esq.
　　　　　　　　　　　　　　　　　　　　Justin L. Swidler, Esq.
　　　　　　　　　　　　　　　　　　　　Joshua S. Boyette, Esq.
　　　　　　　　　　　　　　　　　　　　**SWARTZ SWIDLER, LLC**
　　　　　　　　　　　　　　　　　　　　1101 Kings Highway North, Ste. 402
　　　　　　　　　　　　　　　　　　　　Cherry Hill, NJ  08034
　　　　　　　　　　　　　　　　　　　　Telephone: (856) 685-7420
　　　　　　　　　　　　　　　　　　　　Facsimile: (856) 685-7417

Dated: September 28, 2017