
ATTORNEYS AT LAW

1101 Kings Highway North
Suite 402
Cherry Hill, NJ 08034
Tel: (856) 685-7420
Fax: (856) 685-7417
tmartindale@swartz-legal.com

July 16, 2020

**VIA ELECTRONIC FILING**
Honorable Judge C. Darnell Jones II
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    Bethany Katz v. DNC Services Corporation, et al.
              Docket No. 2:16-cv-05800-CDJ

Dear Judge Jones:

    This firm represents Plaintiff Bethany Katz in the above referenced matter. Please accept this letter as a status update and request to lift the stay of all deadlines in this matter.

    Plaintiff notes that the Third Circuit Court of Appeals has denied Defendant's Petition for Interlocutory Review. Given this, and pursuant to this Court's October 28, 2019 Order Granting Defendant's Motion to Stay, Plaintiff respectfully requests that this Court lift the stay of all deadlines in this matter.[1]

    Plaintiff further respectfully requests that this Court calendar and rule on Plaintiff's Motion for Conditional Certification. ECF Doc. No. 156.

    Thank you for your consideration of these requests.

                    Respectfully submitted,

                    */s Travis B. Martindale-Jarvis*
                    Travis B. Martindale-Jarvis, Esq.
                    **SWARTZ SWIDLER, LLC**
                    1101 Kings Hwy, N. Ste 402
                    Cherry Hill, NJ 08034
                    Phone: (856) 685-7420
                    Email: tmartindale@swartz-legal.com

cc: Counsel for Defendants (via ECF)

---

[1] Defendant does not oppose Plaintiff's request to lift the stay in this matter.