**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BETHANY KATZ,                      :
    *Plaintiff*,                      :
                    :         CIVIL ACTION
    v.                      :         NO. 16-5800
                    :
DNC SERVICES CORPORATION, et al.,  :
    *Defendants*.                      :

## <u>ORDER</u>

AND NOW, this 13th day of August, 2020, upon consideration of the Motion to Withdraw

as Attorney by Jonathan D. Christman (ECF No. 169) and the Motion to Withdraw as Attorney by

Adam C. Bonin (ECF No. 170), it is hereby ORDERED that said Motions are GRANTED.


BY THE COURT:


<u>/s/ C. Darnell Jones, II</u>
C. DARNELL JONES, II     J.