# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY KATZ, | : | |
|    *Plaintiff*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-5800 |
| | : | |
| DNC SERVICES CORPORATION, et al., | : | |
|    *Defendants*. | : | |

## **ORDER**

AND NOW, this 9th day of October, 2020, upon consideration of Defendant Pennsylvania Democratic Party's ("PDP") Uncontested Motion for Extension of Time (ECF No. 176), it is hereby ORDERED that said Motion is GRANTED. Defendant PDP shall file its Opposition to Plaintiffs' Motion for Conditional Certification (ECF No. 156) by **Tuesday, December 1, 2020**.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II       J.