

**Conor J. Hafertepe**
Associate
conor.hafertepe@faegredrinker.com
215-988-2938 direct

Faegre Drinker Biddle & Reath LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103
+1 215 988 2700 main
+1 215 988 2757 fax

December 18, 2020

**VIA CM/ECF**

The Honorable C. Darnell Jones II
15613 U.S. Courthouse
Philadelphia, PA 19106
Courtroom 15-B

Re: *Katz,* et al., v. *DNC Services Corp. d/b/a Democratic National Committee,* et al.
No. 16-cv-5800

Dear Judge Jones:

Please accept this letter as confirmation that Defendant Pennsylvania Democratic Party does not oppose Plaintiff's Motion to Extend Time to File Motion to File Reply Brief, which was filed today, December 18, 2020.  Please treat Plaintiff's Motion as unopposed.

Very truly yours,

*Conor J. Hafertepe*

Conor J. Hafertepe
Associate

CJH