IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY KATZ, *et al.*, and all others similarly situated, | : | |
|     *Plaintiffs*, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-5800 |
| | : | |
| DNC SERVICES CORP, *et al.*, | : | |
|     *Defendants*. | : | |

**ORDER**

**AND NOW**, this 26th day of April, 2021, upon consideration of the Parties' Jointly Submitted Case Management Order (ECF No. 193), Proposed Notice (ECF No. 196), and the representations made by counsel during the April 13, 2021 telephonic conference, it is hereby **ORDERED** as follows:

1. In the Notice to be sent to potential opt-in Plaintiffs, after "The Representative Plaintiff contends that the Lawsuit seeks fair pay for fair work," all other sentences in said paragraph are stricken;

2. Potential class members may be notified by both mail and e-mail;

3. The Notice shall be sent to those who worked for the Pennsylvania Democratic Party as Organizers and/or Field Organizers between November 9, 2013 to the present;[1] and

4. Within ten (10) days of the close of the opt-in period, the Parties shall begin formal discovery and submit an updated proposed case management order to this Court.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II   J.

---

[1] After further discovery, Defendants reserve the right to challenge the statute of limitation.