IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY KATZ, et al., : | |
|    *Plaintiffs*, : | |
| : | |
| v. : | CIVIL ACTION |
| : | NO. 16-5800 |
| DNC SERVICES CORP. d/b/a : | |
| DEMOCRATIC NATIONAL COMMITTEE, : | |
| et al., : | |
|    *Defendants*. : | |

## ORDER

**AND NOW**, this 19th day of January, 2022, it is hereby **ORDERED** that the parties shall file a jointly-prepared, written status report **by Monday, January 31, 2022**, apprising the Court on the status of the above-captioned case.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.