

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

January 31, 2022

<u>**VIA ELECTRONIC FILING**</u>
Honorable Judge C. Darnell Jones II
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    **Bethany Katz v. DNC Services Corporation, et al.**
                **Docket No. 2:16-cv-05800-CDJ**

Dear Judge Jones:

This firm represents the defendant the Pennsylvania Democratic Party in the above referenced matter. Please accept this letter regarding the status of this matter on behalf of both parties, and as a follow-up to the status report the parties submitted on January 14, 2022 (Dkt. # 209). As explained in that letter, the parties have decided to pursue mediation.

Over the last two weeks, the parties have identified potential mediators and available dates and are in the process of finalizing the details for mediation. The parties anticipate having the mediation scheduled no later than next week. The parties jointly request the Court provide them until February 11, 2022 to inform the Court of the specific date that the mediation will occur, and the Court can thereafter provide a schedule if mediation is unsuccessful.

The parties thank the Court for its consideration to this request.

Respectfully submitted,

| */s Ben Stafford* | */s Lindsay McAleer* | */s Justin L. Swidler* |
|---|---|---|
| Ben Stafford, Esq. | Lindsay McAleer, Esq. | Justin L. Swidler, Esq. |
| **Elias Law Group LLP** | **Elias Law Group LLP** | **Swartz Swindler, LLC** |
| 1700 Seventh Ave, Suite 2100 | 1700 Seventh Ave, Suite 2100 | 1101 Kings Hwy, N. Ste 402 |
| Seattle WA 98101 | Seattle WA 98101 | Cherry Hill, NJ 08034 |
| 206-656-0176 | 206-656-0235 | Phone: (856) 685-7420 |
| bstafford@elias.law | lmcaleer@elias.law | jswidler@swartz-legal.com |