

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

February 11, 2022

**VIA ELECTRONIC FILING**
Honorable Judge C. Darnell Jones II
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    Bethany Katz v. DNC Services Corporation, et al.
            Docket No. 2:16-cv-05800-CDJ

Dear Judge Jones:

This firm represents the defendant the Pennsylvania Democratic Party in the above referenced matter. Please accept this letter regarding the status of this matter on behalf of Defendant, and as a follow-up to the status report the parties submitted on January 31, 2022 (Dkt. # 212). As explained in that letter, the parties have decided to pursue mediation.

The parties have conferred further since their last update to the Court, and have now selected a mediator. They have also exchanged dates for mediation. The parties anticipate scheduling mediation in April, and Plaintiffs' counsel is currently reconfirming the mediator's current available dates in April. Defendant anticipates that the mediation will be finally scheduled next week and will provide the Court with an update as soon as it is set, and the Court can thereafter provide a schedule if mediation is unsuccessful.

Defendant thanks the Court for its consideration to this request.

Respectfully submitted,

| | |
|---|---|
| */s Ben Stafford* | */s Lindsay McAleer* |
| Ben Stafford, Esq. | Lindsay McAleer, Esq. |
| **Elias Law Group LLP** | **Elias Law Group LLP** |
| 1700 Seventh Ave, Suite 2100 | 1700 Seventh Ave, Suite 2100 |
| Seattle WA 98101 | Seattle WA 98101 |
| 206-656-0176 | 206-656-0235 |
| bstafford@elias.law | lmcaleer@elias.law |