IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BETHANY KATZ, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **DNC SERVICES CORPORATION, et al** | : | NO.: 16-cv-5800 |

O R D E R

**AND NOW**, this 17th day of **JUNE, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable C. Darnell Jones to the calendar of the Honorable Gene E.K. Pratter for further proceedings.

FOR THE COURT:


JUAN R. SÁNCHEZ
Chief Judge

ATTEST:


 /s/George Wylesol_____
GEORGE WYLESOL
Clerk of Court