

**ELIAS
LAW
GROUP**

1700 Seventh Ave, Suite 2100 | Seattle, WA 98101

September 16, 2022

<u>**VIA ELECTRONIC FILING**</u>
Honorable Gene E.K. Pratter
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      **Re:**    **Bethany Katz v. DNC Services Corporation, et al.**
              **Docket No. 2:16-cv-05800-CDJ**

Dear Judge Pratter:

Please accept this letter regarding the status of this matter, which is being provided after consultation between the parties.

As the parties explained in prior submittals to the Court (Dkt. # 224-225), they have reached an agreement in principle to settle this case. The parties have prepared a comprehensive written settlement agreement; given the complexity of this hybrid action, they are continuing to work to finalize the details of that agreement. Once the agreement is finalized, the parties will then prepare a motion for preliminary approval.

The parties commit to continuing to work diligently to finalize the agreement and propose that the Court set October 17, 2022 as the date by which the motion for preliminary approval will be filed. In the event that the parties have not reached a final written agreement by this date, they will meet and confer to propose an alteration to this date.

We thank the Court for its consideration to this request.

Respectfully submitted,

| | | |
|---|---|---|
| */s Ben Stafford* | */s Lindsay McAleer* | */s Justin L. Swidler* |
| Ben Stafford, Esq. | Lindsay McAleer, Esq. | Justin L. Swidler, Esq. |
| **Elias Law Group LLP** | **Elias Law Group LLP** | **Swartz Swindler, LLC** |
| 1700 Seventh Ave, Suite 2100 | 1700 Seventh Ave, Suite 2100 | 1101 Kings Hwy, N. Ste 402 |
| Seattle WA 98101 | Seattle WA 98101 | Cherry Hill, NJ 08034 |
| 206-656-0176 | 206-656-0235 | Phone: (856) 685-7420 |
| bstafford@elias.law | lmcaleer@elias.law | jswidler@swartz-legal.com |