IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY KATZ, *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| DNC SERVICES CORPORATION, *et al.*, | : | |
| *Defendants* | : | No. 16-5800 |

## ORDER

AND NOW, this 19th day of September, 2022, upon review of the parties' joint status update submitted to the Court via letter on September 16, 2022 (Doc. No. 227), it is hereby **ORDERED** that the parties must submit their motion for preliminary approval of the finalized settlement agreement on or before **October 17, 2022**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE