IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY KATZ, *et al.*, | : | |
|     *Plaintiffs* | : | CIVIL ACTION |
|     v. | : | |
| | : | |
| DNC SERVICES CORPORATION, *et al.*, | : | |
|     *Defendants* | : | No. 16-5800 |

## ORDER

**AND NOW**, this 6th day of January, 2023, upon review of the parties' joint status update submitted to the Court via letter on January 6, 2023 (Doc. No. 236), it is hereby **ORDERED** that the parties' request for an extension is **DENIED**. The parties have had ample time to prepare and finalize their motion for preliminary approval of the settlement agreement. The original date for submission of this motion as proposed by the parties was October 17, 2022 (Doc. No. 227). Since that time, the Court has granted the parties three extensions to this deadline (Doc. Nos. 230, 233, 235). The deadline for submission of the motion for preliminary approval will remain January 6, 2023, and no further extensions of time to this deadline will be granted.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE