IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANY KATZ, *et al.*, | : | |
| *Plaintiffs* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| DNC SERVICES CORPORATION, *et al.*, | : | |
| *Defendants* | : | No. 16-5800 |

### ORDER

AND NOW, this 14th day of April, 2023:

WHERAS Plaintiffs Bethany Katz, Ryan Glass, Scott Ward, and Thomas Olsen (together, "Plaintiffs") brought claims in this Court on behalf of themselves and all similarly situated persons, and have entered into a Settlement Agreement with Defendant Pennsylvania Democratic Party dated January 23, 2023 (Doc. No. 240), as amended on March 6, 2023 (Doc. No. 243) (the "Settlement Agreement");

And upon consideration of the Plaintiffs' Unopposed Motion for an Order Granting Preliminary Approval to Proposed Class and Collective Action Settlement and Related Relief (Doc. No. 238), the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class and Collective Settlement and Provisional Certification of Settlement Class and Collective (Doc. No. 238-1), the Declaration of Justin L. Swidler, Esq. In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of the Collective and Class Action Settlement (Doc. No. 238-2), the Notice of Class Action Settlement (Doc. No. 238-4), the Proposed Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class and Collective Action Settlement and Related Relief (Doc. No. 238-5), the Fully Executed Settlement Agreement (Doc. No. 240), the preliminary approval hearing held on January 24, 2023, the parties' joint status update (Doc. No. 243), the Amendment to Settlement Agreement (Doc. No. 243-1), having reviewed the

Settlement Agreement and its accompanying and supporting papers,[1] and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

### A.     Preliminary Approval of the Settlement

1. Based upon its review of the submission in support of the Motion for Preliminary Approval of Class and Collective Settlement, the Court grants preliminary approval of the settlement as set out in the Settlement Agreement and Release.

2. The Court finds that the Settlement Agreement, including the plan of allocation therein, was negotiated at arm's length, by counsel experienced in the prosecution of wage and hour class and collective actions, and is not collusive. The Court further finds that the proposed settlement consideration is within the range of possible approval as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), such that notice to the Class, as defined below, is appropriate.

3. For settlement purposes only, the Court certifies the following class of individuals who seek recovery under the Pennsylvania Minimum Wage Act pursuant to Fed. R. Civ. P. 23(b)(3): all individuals who worked for Defendant Pennsylvania Democratic Party as a Field Organizer at any point from November 9, 2013 – December 31, 2021.

4. For settlement purposes only, the Court finds that Plaintiffs have met all of the requirements for class certification under Fed. R. Civ. P. 23(a) and (b)(3). Named Plaintiff Bethany Katz is appointed as Representative of the Class.

5. For settlement purposes only, the Court appoints Swartz Swidler, LLC, as counsel to the Class Members.

6. The Court approves the appointment of Angeion Group as Settlement Administrator.

---

[1] For the purposes of this Order, if not defined herein, capitalized terms have the definitions set forth in the Settlement Agreement (Doc. No. 240), which is incorporated herein by reference.

7. The Court approves the Class Notice attached as Exhibit A to the Settlement Agreement and orders it be distributed per the terms of the Settlement Agreement to all Class Members.

8. The Court orders that any Class Member wishing to opt out or object to the settlement may do so within 60 days of the Notice being distributed and must do so per the terms as set forth in the Settlement Agreement and the Settlement Notice.

9. The Court orders Plaintiff Bethany Katz to file her motion for final approval of the settlement, which shall respond to any objections received, by no later than July 13, 2023.

10. The court orders Plaintiff Bethany Katz to file her motion for final approval of attorneys' fees, costs, and service payments, by no later than August 11, 2023.

11. The Court shall conduct a Fairness Hearing which will take place on September 11, 2023, at 2:00 p.m. with the Honorable Judge Gene E.K. Pratter in Courtroom 10B in the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

3