UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY KATZ,<br><br>    Plaintiff,<br><br>v.<br><br>DNC SERVICES CORP. d/b/a DEMOCRATIC NATIONAL COMMITTEE., *et al.*<br><br>    Defendants. | Civil Action No. 16-5800 |

## ORDER GRANTING AMENDEMENT TO SETTLEMENT AGREEMENT

AND NOW, on this _28th_ day of April, 2023, this Court GRANTS the Parties' Joint Motion to Replace Angeion Group, Inc. with Simpluris, Inc. as the Settlement Administrator. Angeion Group, Inc. is relieved of its duties as Settlement Administrator, and Simpluris, Inc. is appointed as administrator. The Court approves the amendment to the Settlement Agreement, entitled "PROPOSED MOFIDICATION OF SETTLEMENT AGREEMENT" and signed and executed by the Parties on April 19, 2023. The remaining deadlines set by the Court in its preliminary approval order (ECF 245) remain in effect.

BY THE COURT:

_____
The Honorable Gene E. Pratter, USDJ